United States District Court
Southern District of Texas
**ENTERED**
October 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GRAMERCY DISTRESSED OPPORTUNITY FUND, LLC, § § § *Plaintiff,* § § v. § § PDV HOLDING, INC., § § *Defendant* § § and § § PETRÓLEOS DE VENEZUELA, S.A., § **Applicant for Intervention** § § | [Removed from the District Court of Harris County, Texas, 333rd Judicial District, Cause No. 2024-47814] CIVIL ACTION NO. 4:24-cv-02981 |

# ORDER GRANTING PETRÓLEOS DE VENEZUELA, S.A.'S MOTION TO INTERVENE

After considering Petróleos de Venezuela, S.A.'s Motion to Intervene, all submissions, and the applicable law, the Court deterimines that the Motion should be in all things GRANTED. Accordingly, the Court hereby

ORDERS that Petróleos de Venezuela, S.A.'s Motion to Intervene is GRANTED. The Court further

ORDERS that Petróleos de Venezuela, S.A. is hereby granted leave to intervene.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 9th day of October 2024.

KEITH P. ELLISON UNITED STATES
DISTRICT JUDGE